# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

THIS RECORD IS DUE ON 6-3-2015

THIS RECORD WAS ORIGINALLY DUE : 5-4-2015

I AM REQUESTING 30 DAYS

THIS RECORD IS APPROXIMATELY 1000 PAGES LONG

IS THIS APPEAL ACCELERATED?  ___YES _x_ NO

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/3/2015 1:52:12 PM
CATHY S. LUSK
Clerk

**6-3-2015**

**TWELFTH  COURT OF APPEALS CAUSE NO. : 12-15-00071-CR**

**STYLE OF CASE:  STATE OF TEXAS V.  HAROLD BASS**

**TRIAL COURT 114TH DISTRICT COURT**

**TRIAL COURT CAUSE NO.** 114-1453-14

I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s):

My duties listed below have precluded me from working on this record:

STATE  OF TEXAS V. JOE LYNN PITTMAN

STATE OF TEXAS V. YAGO FOUNTAIN

STATE OF TEXAS V. GLYNDA MORROW

STATE OF TEXAS V. ARRON MCCLAREY

STATE OF TEXAS V. LATOSHA MCGEE

STATE OF TEXAS V. CHARLIE MOTES

STATE OF TEXAS V. DANIEL MAVERO

In compliance with Tᴇx. R. Aᴘᴘ. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.


6-3-2014                                              *Cassie Condrey*

Date                                                         Signature


_____          Cassie Condrey

Office Phone Number                               Printed Name


cassiecondreycsr@gmail.com              114th Official Court Reporter

E-mail address (if available)                      Official Title